In THE UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

| | |
|---|---|
| STACEY GLASSCOCK<br>1717 NW 181st Street<br>Edmond, Oklahoma 73012<br><br>Plaintiff,<br><br>v.<br><br>MBI LOGISTICS, LLC<br>4130 Hunt Place, N.E.<br>Washington, D.C. 20019<br><br>Defendant. | CASE NO: 1:18-cv-1626 |

## COMPLAINT

COMES NOW the Plaintiff, Stacey Glasscock, by and through counsel, and moves this Honorable Court to grant judgment in the amount herein set forth, and in support thereof states as follows:

1. Jurisdiction of this Court is founded on 28 United States Civil Code §1332.

2. Plaintiff is a resident of Oklahoma.

3. Defendant is incorporated in the District of Columbia.

4. That on or about June 22, 2016, the Plaintiff, was a pedestrian, walking east on C Street, S.E., and crossing 1st Street, S.E., within the marked crosswalk, in Washington, D.C.

5. At the time and place aforesaid, the Plaintiff was one-third across 1st Street, S.E., with a pedestrian walk signal and green light in her direction.

6. At the time and place aforesaid, James Wilson, an employee of Defendant MBI Logistics, LLC, was operating a Ford Econoline Van, owned by

MBI Logistics, LLC, westbound on C Street, attempting to make a left-hand turn on 1st Street to travel south.

7. At the time and place aforesaid, the front of the van driven by James Wilson struck the Plaintiff's body, knocking her off her feet and underneath the van, while the Plaintiff was fully in the cross walk on C Street.

8. At the time and place aforesaid, James Wilson kept driving approximately 28 feet, dragging the Plaintiff underneath his van, before coming to a stop.

9. At the time and place aforesaid, the Defendant's employee had a duty to keep his vehicle under proper control; to pay full time and attention to the operation of his vehicle; to obey and heed all traffic control signs and devices then and there in effect; to take due care to avoid striking pedestrians; and to operate his vehicle in a safe and prudent manner.

10. Notwithstanding such duties, the Defendant's employee did not keep his vehicle under proper control; did not pay full time and attention to the operation of his vehicle; did not obey and heed all traffic control signs and devices then and there in effect; did not take due care to avoid striking a pedestrian; and did not operate his vehicle in a safe and prudent manner.

11. The above described accident was directly and proximately caused by the negligence of the Defendant's employee, James Wilson.

12. As a direct and proximate result of the Defendant's employee's negligent operation of his vehicle, the Plaintiff was violently struck and dragged about her body and therefore suffered serious and permanent injuries to her

right superior pubic ramus; left sacral ala; terrible triad radial head, lateral collateral ligament; right coronoid process; radial head; L2 superior endplate; road-rash and a severe laceration to her right knee, attendant pain, mental anguish, suffering, inconvenience and medical and related expenses.

### *RESPONDEAT SUPERIOR*

13. The Plaintiff hereby incorporates paragraphs 1-12.

14. Defendant MBI Logistics, LLC (hereafter Defendant) is a District of Columbia corporation authorized to do business in the District of Columbia.

15. At all relevant times, James Wilson was an employee, agent and servant of Defendant MBI.

14. James Wilson was driving a vehicle owned by Defendant MBI, with the permission of Defendant MBI, and was acting under the scope of his employment at the time of the accident.

15. As a direct and proximate result of James Wilson's negligent operation of his vehicle, done within the scope of his employment with Defendant MBI, the Plaintiff was struck and dragged about her body, and therefore suffered injuries including, but not limited to, serious and permanent injuries to her right superior pubic ramus; left sacral ala; terrible triad radial head, lateral collateral ligament; right coronoid process; radial head; L2 superior endplate; road-rash and a severe laceration to her right knee.

16. As a direct and proximate result of the Defendant's employee/agent/servant's negligence, the Plaintiff has suffered serious injuries;

attendant pain; mental anguish; suffering; inconvenience; and medical and related expenses.

17. Defendant is responsible for the injuries and damages incurred by the Plaintiff under the doctrine of *respondeat superior*.

WHEREFORE, the Plaintiff demands judgment in the amount of FIVE MILLION DOLLARS ($5,000,000.00) against the Defendants, joint and severally, with interests and costs expended, and any further relief the Court may deem just.

STACEY GLASSCOCK,
By Counsel

_____
David L. Marks (DC# 461993)
10513 Judicial Drive, Suite 204
Fairfax, Virginia 22030
*Counsel for Plaintiff*
(703) 385-1100
(703) 383-1983 Fax


## **DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Stacey Glasscock, by and through his attorney and demands a jury trial on all issues stated above.

_____
David L. Marks (DC# 461993)
10513 Judicial Drive, Suite 204
Fairfax, Virginia 22030
*Counsel for Plaintiff*
(703) 385-1100
(703) 383-1983 Fax

# CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

## I. (a) PLAINTIFFS
STACEY GLASSCOCK
1717 NW 181st Street
Edmond, Oklahoma 73012

## DEFENDANTS
MBI LOGISTICS, LLC
4130 Hunt Place, N.E.
Washington, D.C. 20019

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
David L. Marks
Marks & Glass
10513 Judicial Drive, Suite 204
Fairfax, Virginia 22030

**ATTORNEYS (IF KNOWN)**
Justin Flint
Eccleston & Wolf, P.C.
1629 K Street, N.W., Suite 260
Washington, D.C. 20006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○1 | ○1 | Incorporated or Principal Place of Business in This State | ○4 | ●4 |
| Citizen of Another State | ●2 | ○2 | Incorporated and Principal Place of Business in Another State | ○5 | ○5 |
| Citizen or Subject of a Foreign Country | ○3 | ○3 | Foreign Nation | ○6 | ○6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ● B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28:1332au - Plaintiff was struck by Defendant's employee as a pedestrian in a cross walk.

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ 5,000,000.00<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒  NO ☐ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |

DATE: 07/10/2018   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

- **I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

- **III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

- **IV.** CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

- **VI.** CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

- **VIII.** RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA ▼

| | |
|---|---|
| STACEY GLASSCOCK <br><br> *Plaintiff(s)* <br> v. <br> MBI LOGISTICS, LLC <br><br> *Defendant(s)* | Civil Action No. 1:18-1626 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MBI LOGISTICS, LLC
c/o Justin Flint, Esquire
Eccleston & Wolf, PC
1629 K Street, N.W., Suite 260
Washington, D.C. 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David L. Marks
Marks & Glass
10513 Judicial Drive
Suite 204
Fairfax, Virginia 22030
Counsel for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: